BOOTH & FLINN, LIMITED, respondent,

*v.*

CRUCIBLE STEEL COMPANY OF AMERICA et al., appellants.

[Submitted March 27th, 1916. Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery.

*Messrs. Munn & Church, Messrs. Vredenburgh, Wall & Carey, Messrs. Edward A. & William T. Day* and *Messrs. Michael T. & Hugh C. Barrett,* for the respondent.

*Messrs. Peirce & Hoover,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.